Case No. 11-309

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**   1:11cv1379

In re: NATIONWIDE MUTUAL INSURANCE COMPANY; NATIONWIDE LIFE INSURANCE COMPANY

    Petitioners

Upon consideration of the petitioner's motion to voluntarily dismiss the petition herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the petition is dismissed.

    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: February 01, 2012